# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Heather Wuollet

Case No. Civil 01-608MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Johnson Law Office and
C. Andrew Johnson

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Based on the Notice for Dismissal filed herewith, this Court hereby orders that Pltf's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

DATE: August 22, 2001

RICHARD D. SLETTEN, CLERK

E Knoblauch

E Knoblauch, Deputy Clerk

3